FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*MARCH 25, 2026*
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| FIRST STUDENT, INC., <br><br> Plaintiff, <br><br> -v- <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 1205, <br><br> Defendant. | CIVIL ACTION NO.: 2:26-CV-1770 <br> Judge Sanket J. Bulsara <br> Magistrate Judge Anne Y. Shields |

## [PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

UPON the annexed affirmation of Robert Haney, sworn to on March 25, 2026, the annexed affirmations of Dean Suhre and Andrew Joppa, sworn to on March 25, 2026, and the exhibits annexed thereto, the accompanying Memorandum in Support of Motion (by Order to Show Cause) for Temporary Restraining Order and Preliminary Injunction, the Complaint, and upon all papers filed and proceedings had herein:

IT IS HEREBY ORDERED that the above-named Defendant SHOW CAUSE before the Honorable _____, a Judge of this Court, in the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on the _____ day of _____, 2026 at _____ o'clock _____.m., or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65(a) stating:

> The above-named Defendant, including its respective officers, agents, representatives, members, employees, and attorneys, and all persons in active concert or participation with them, having notice from any source or in any manner of the entry of this order, be and hereby are enjoined and:

1.      Restrained from calling, causing, inducing, encouraging, authorizing, sanctioning, conducting, continuing in, or engaging in any strike (sympathetic or otherwise), walkout, slowdown, work stoppage, sit-down, sick-out, concerted refusal to work, concerted refusal to report for duty, or any other interference with the Local Union members' performance of work for First Student;

2.      Restrained from causing, inducing, conducting, or engaging in any other disruptive economic activity, of any nature whatsoever, that interferes with First Student's normal operations;

3.      Directed to take all reasonable means to communicate and effectuate the provisions of the orders issued by the Court, including but not limited to public disavowal of all acts and conduct enjoined by this Order; the holding of meetings with employees represented by Defendant, and those acting in concert with it, and the issuance forthwith of appropriate notices or other communications to the members, officers, agents, and representatives of Defendant, and all those in active concert with it, requiring the immediate return to work or continued reporting to work of all employees of First Student represented for collective-bargaining purposes by Defendant; and rescinding any oral or written notices, orders, directions, instructions, or requests to employees of First Student authorizing, directing, inducing, or encouraging any strike, slowdown, work stoppage, or other limitation upon the performance of services for First Student or any other disruptive economic activity.

IT IS FURTHER ORDERED, sufficient reason having been shown, that pursuant to Federal

Rule of Civil Procedure 65(b), pending the hearing and resolution of Plaintiff's application for a

Preliminary Injunction:

The above-named Defendant, including its respective officers, agents, representatives, members, employees, and attorneys, and all persons in active concert or participation with them, having notice from any source or in any manner of the entry of this Temporary Restraining Order, are:

1.      Restrained from calling, causing, inducing, encouraging, authorizing, sanctioning, conducting, continuing in, or engaging in any strike (sympathetic or otherwise), walkout, slowdown, work stoppage, sit-down, sick-out, concerted refusal to work, concerted refusal to report for duty, or any other interference with the Local Union members' performance of work for First Student;

2.　　Restrained from causing, inducing, conducting, or engaging in any other disruptive economic activity, of any nature whatsoever, that interferes with First Student's normal operations;

3.　　Directed to take all reasonable means to communicate and effectuate the provisions of the orders issued by the Court, including but not limited to public disavowal of all acts and conduct enjoined by this Order; the holding of meetings with employees represented by Defendant Local Union, and those acting in concert with it, and the issuance forthwith of appropriate notices or other communications to the members, officers, agents, and representatives of Defendant, and all those in active concert with it, requiring the immediate return to work or continued reporting to work of all employees of First Student represented for collective-bargaining purposes by Defendant Local Union; and rescinding any oral or written notices, orders, directions, instructions, or requests to employees of First Student authorizing, directing, inducing, or encouraging any strike, slowdown, work stoppage, or other limitation upon the performance of services for First Student or any other disruptive economic activity.

AND IT IS FURTHER ORDERED, that Plaintiff shall post a bond in the amount of $_____, conditioned as required by law, no later than _____ at _____ o'clock _____.m.

AND IT IS FURTHER ORDERED that a copy of this Order to Show Cause, together with the papers upon which it is granted, shall be served personally upon the Defendant or its attorney on or before _____, 2026 pursuant to Rule 4 of the Federal Rules of Civil Procedure and that such service be deemed good and sufficient.

Defendant must file and serve any papers in opposition to this Order to Show Cause on or before _____, 2026. Plaintiff must file and serve any written reply to the Defendant's opposition on or before _____, 2026.

Date: _____　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　District Court Judge

- 3 -