FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*MARCH 25, 2026*
BROOKLYN OFFICE

# EXHIBIT A

# UNION PROPOSAL
# 5/9/2023

# TABLE OF CONTENTS

**PAGE**

ARTICLE 1    : RECOGNITION .................................................................................... 1

ARTICLE 2    : NON-DISCRIMINATION ................................................................... 2

ARTICLE 3    : UNION SECURITY AND CHECK OFF .......................................... 2

ARTICLE 4    : MANAGEMENT RIGHTS ................................................................ 4

ARTICLE 5    : PROBATIONARY EMPLOYEES .................................................... 6

ARTICLE 6    : SENIORITY ...................................................................................... 6

ARTICLE 7    : LAYOFF AND RECALL .................................................................. 8

ARTICLE 8    : SUMMER WORK ............................................................................ 8

ARTICLE 9    : DISCIPLINE AND DISCHARGE .................................................. 9

ARTICLE 10   : GRIEVANCE PROCEDURE .......................................................... 9

ARTICLE 11   : NO STRIKES – NO LOCKOUTS ................................................. 11

ARTICLE 12   : NON-MODIFICATION OF AGREEMENT ................................. 13

ARTICLE 13   : SHOP STEWARDS ........................................................................ 13

ARTICLE 14   : UNION VISITATION ..................................................................... 14

ARTICLE 15   : OVERTIME ...................................................................................... 14

ARTICLE 16   : PAID TIMEOFF DRIVERS AND MONITORS
               PAID TIME OFF & EXCUSED DAYS .......................................... 15

ARTICLE 17   : MEDICAL PLAN ............................................................................ 16

ARTICLE 18   : RETIREMENT PLAN ..................................................................... 21

ARTICLE 19   : LEAVES OF ABSENCE ................................................................. 22

ARTICLE 20   : JURY DUTY ..................................................................................... 22

ARTICLE 21   : RUN PICKS, EARLY DISMISSALS, HOLD DOWNS .............. 22

ARTICLE 22   : CHARTER WORK ........................................................................... 25

ARTICLE 23   : OVERNIGHT TRIPS ...................................................................... 29

ARTICLE 24   : BEREAVEMENT ALLOWANCE ................................................. 29

ARTICLE 25   : ON THE JOB INJURIES ................................................................ 30

ARTICLE 26   : DRUG AND ALCOHOL TESTING ............................................. 30

ARTICLE 27   : WAGES AND COMPENSATION ................................................. 31

ARTICLE 28   : GENERAL PROVISIONS .............................................................. 34

ARTICLE 29   : LIFE INSURANCE .......................................................................... 36

## TABLE OF CONTENTS

**PAGE**

ARTICLE 30  : UNION RELEASE TIME ........................................................................ 36

ARTICLE 31  : MECHANIC AND MAINTENANCE EMPLOYEES............................... 36

ARTICLE 32  : DURATION OF AGREEMENT................................................................. 40

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

**THIS AGREEMENT** is made and entered into this 1^(ST) day of July, 2023, ~~and effective upon its ratification date,~~ by and between International Brotherhood of Teamsters Local 1205 located at 246 Conklin Street, Farmingdale, New York 11735, hereinafter referred to as the "Union," and ~~East End Bus Lines~~, First Student, Middle Island at 57 Miller Place/Yaphank Road, Middle Island, NY hereinafter referred to as the "Employer" or "Company."

## WITNESSETH:

WHEREAS, this Collective Bargaining Agreement is entered into to further the mutual interests of the parties; to stabilize the employment relationship with reasonable hours, rates of pay, working conditions and other terms and conditions of employment; to actively promote cooperation between the parties and to regulate the relations between them; to actively promote efficient and safe transportation; to maintain superior and uninterrupted service to our customers;

WHEREAS, in making this Agreement the parties recognize that compliance with its terms is essential for the mutual benefit of the parties and for accomplishment of the intent and purpose of this Agreement.

## ARTICLE 1 – RECOGNITION

The Employer agrees to and does hereby recognize the Union as the sole and exclusive representative of the bargaining unit certified by the National Labor Relations Board, specifically all full-time and regular part-time drivers, driver's assistants, ~~mechanics, maintenance and clerical employees~~ employed by the Employer at its facility located at: 57 Miller Place/Yaphank Road, Middle Island NY.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

The Union is recognized for the purpose of collective bargaining with respect to the rates of pay, hours of work and other conditions of employment for that bargaining unit. Expressly excluded from the unit are all dispatchers, guards and supervisors.

**UNION COUNTER:  The Employer recognizes the Union as the exclusive representative of all its school bus  drivers, drivers assistants, working  out of its Middle Island LONGWOOD terminal performing services in various public  and private schools for the purpose of collective bargaining in  respect to the rates of pay, wages, hours of employment and other conditions of employment and agrees to  deal with it as hereinafter provided.  Supervisory personnel shall have the right to  perform bargaining unit work in an emergency or breakdown.  Should the Employer  obtain additional driving or transportation work out of any of the terminals covered by  this agreement, all such employees except those excluded in this paragraph shall be  included in the bargaining unit.**

## ARTICLE 2 - NON-DISCRIMINATION

There shall be no unlawful discrimination against any employee on the basis of his/her Union membership, sex, race, color, age, religion, sexual orientation, national origin, disability, or any other category protected by applicable federal, state, or local law. Whenever the feminine gender is used in this Agreement, it is intended to mean and include in each instance the masculine gender in the like manner for all purposes.

## ARTICLE 3 - UNION SECURITY AND CHECK OFF

3.1.    It shall be a condition of employment that all employees of the Employer covered by this Agreement who are members of the Union in good standing on the execution or effective date of this Agreement, whichever is later, shall remain members in good standing for the term of this Agreement. Those who are not members in good standing on the execution or effective date of this Agreement, whichever is later, shall on the thirtieth (30th) day following the execution or

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

effective date of this Agreement, whichever is later, become and remain members in good standing in the Union for the term of this Agreement. It shall also be a condition of employment that all employees covered by this Agreement who are hired on or after its execution or effective date, whichever is later, shall, after thirty (30) days from the beginning of such employment and for the term of this Agreement, become and remain members in good standing in the Union. The requirement of membership in good standing under this Article is satisfied by the payment of the uniform dues and assessments required by the Union, as may be permitted and/or limited by applicable law. In addition, for all newly hired employees, the Union may require an initiation fee (in an amount to be determined by the Union). Said initiation fee shall be deducted from each employee's pay in increments of $25 per week until fully satisfied, unless the employee authorizes the Union and the Employer to deduct a greater amount. The Union shall notify the Employer in advance of any changes to initiation fee amounts.

3.2. The Employer shall, within twenty-one (21) days of an employee commencing work under this Agreement, notify the Union in writing of the employment of such employee covered by this Agreement giving the employee's name, address, date of hire and position. Upon notice from the Union to the Employer that any employee is delinquent in payment of, or has failed to tender the initiation fee and periodic dues uniformly required as a condition of acquiring and/or retaining membership in good standing, and further provided that such condition has remained in effect uncured for no less than thirty (30) calendar days from the time that the employee is first notified of the deficiency or lateness by the Union, the Employer shall immediately discharge such employee and advise the Union thereof in writing by Certified Mail, Return Receipt Requested, of its action taken.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

3.3.    The Employer agrees to deduct ~~weekly,~~ **monthly,** from the earnings of the employees. The periodic dues, assessments. initiation fees, and fines due the Union, upon receiving the written authorization of the employee in compliance with all requirements of law, and to transmit such sums collected by the Employer to the Union no later than the fourteenth (14th) day of the month following the month in which such sums are collected. The Employer shall furnish the Union with a record ~~(in excel format via email)~~ **( per electronic injection )** of those from whom deductions have been made and the amount of such deductions at the time of transmitting such sums as has been collected.

3.4.    Indemnification. The Union shall indemnify and hold harmless the Company, its representatives. officers, agents, administrators, agencies and employees from and against any and all claims, demands, actions, complaints, suits or other forms of liability (monetary or otherwise) or in reliance on any written check-off authorization (or revocation of check-off authorization), certification or affidavit furnished under any of such provisions.

3.5.    The Company will supply the Union office with updated seniority lists ~~quarterly~~ **monthly.**

## ARTICLE 4 - MANAGEMENT RIGHTS

~~4.1    Except as otherwise specifically provided or limited by this Agreement, the Employer retains the right to manage its terminals and facilities; to direct, control, and schedule its operations and its work force; and to make any and all decisions affecting the business, whether or not specifically mentioned herein.  Such prerogatives, rights, authority, and functions, to the extent that they are not otherwise specifically provided or limited by this Agreement, shall include the right to:  hire, promote, layoff, assign, transfer, suspend, discharge or discipline employees;~~

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

select and determine the number of its employees including the number assigned to any particular work and to increase or decrease that number; direct and schedule the work force; determine or change the number of work shifts, and the starting time, quitting time or the number of hours to be worked by employees, including reasonable mandatory overtime where needed and permitted by this Agreement; organize, discontinue, enlarge, reduce or revise a function; determine or change the location and type of operation; determine or change the methods, procedures, materials, equipment, technology and operations to be utilized by employees; determine, change or install any security, surveillance, tracking, communication, and/or GPS equipment or technology to be utilized at the Company (which is not otherwise prohibited by law); relocate, discontinue or close all or any part of the operations of the business; establish, implement, post, modify, terminate, enforce and discipline under reasonable rules and regulations, policies and procedures, including but not limited to attendance control, background checks and drug and alcohol testing; establish, implement, conduct, modify, terminate and determine the content of training programs; introduce new and improved methods, technologies or revisions of operations.

4.2    The Employer shall publish an Employee Handbook from time to time, as appropriate. The provisions of the Handbook are intended to apply to all bargaining unit employees, except where a provision of that Handbook expressly conflicts with this Agreement. In the case of such a conflict, the terms of this Agreement shall govern. The Company will provide the Union with advance notice of any changes to the Handbook no less than two (2) weeks before providing same to the employees. As a condition of employment, all employees covered by this Agreement shall sign an acknowledgement for receipt of the Employee Handbook.

4.3    Non-bargaining unit personnel may perform work that is regularly performed by bargaining unit employees for: (1) training purposes; (2) in the event of a bona fide emergency (it

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

being expressly understood that a bona fide emergency does not automatically include extra work or Railroad Work); and (3) where sufficient bargaining unit personnel or equipment at the terminal are not reasonably available. Additionally, the Company reserves the right to utilize casual, temporary, temporary agency employees and/or third-party contractors to perform bargaining unit work, provided that utilizing such casual, temporary, temporary agency personnel and/or third party contractors does not result in the loss of regularly-scheduled work during the school year or the layoff of any regular full-time or regular part-time bargaining unit employees.

Finally, the Company reserves the right to utilize supervisory personnel to perform clerical work pursuant to the practice.

## UNION COUNTER:

1. Employer will provide a copy of all existing policies and procedures to all employees that are in writing. Employer must submit policy changes; revisions or additions which affect the membership of Local 1205; they must be submitted to the Union for review and discussion in a timely fashion. NO member shall be required by management to sign acknowledgement of policy changes/revisions or additions until the union has reviewed those changes/revisions/additions.

2. The management of the business and direction of the employees including but not limited to the right to hire, promote, assign work, discipline and discharge, schedule working hours, overtime and working days and make and enforce work rules are vested exclusively in the employer except as expressly limited and set forth in writing in this agreement.

3. Management agrees to utilize available spare driver assistants for driver assistant positions prior to utilizing a spare driver.

   The Employer agrees to discuss all new work rules with the Union.

## ARTICLE 5 – PROBATIONARY EMPLOYEES

The Company may hire new employees in the open market with the understanding that said new employees may be employed for a trial period of sixty (60) ~~calendar~~ working days. New

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

employees, during this sixty (60) ~~calendar~~ working day probation period may be discharged at the will of the Company and such discharge shall not be deemed subject to the grievance procedure or arbitration. Probationary employees may be discharged at the sole discretion of the Employer.

## ARTICLE 6- SENIORITY

The Employer recognizes the principle of seniority and agrees in connection with layoffs and recall from layoff, ~~and vacation schedules (pertaining to mechanics, maintenance and clerical employees only),~~ each will be determined on the basis of seniority date and by job classification.

a)      Seniority lists:  The Employer will maintain separate seniority lists for all Drivers (~~Van and Bus~~), Driver Assistants, ~~mechanics, maintenance and clerical~~ Employees at each terminal.

b)      "Date of hire":  Date of hire is based on the date the employee is initially placed on the Company's payroll.  If two or more employees are placed on the payroll on the same date, seniority will be determined by whose day of their birthday is the lowest number; if still tied the next tie breaker will be determined by whose month of their birthday is the lowest number.

c)      "Seniority date":  Seniority date is based on the date an employee signs for a route (i.e. spare or route). ~~enters a particular job (*i.e.*, Driver, Driver's Assistant, Mechanic, Maintenance and Clerical) at a terminal.~~ If two or more employees have the same seniority date with the Company, prevailing seniority will be determined first by the earliest date of hire.  If still tied, the next tiebreaker will be whose day of their birthday is the lowest number; if still tied the next tie breaker will be determined by whose month of their birthday is the lowest number.

d)      Loss of seniority:  An employee shall lose ~~her~~ their seniority rights and all other rights under this Agreement if any of the following occurs:

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

   i.     She quits, resigns, or abandons her job;

   ii.    She retires;

   iii.   She is justifiably discharged and not reinstated;

   iv.   She does not return to work upon recall from layoff (within ~~5~~ 7 days of notice to last known address) or does not return from summer recess (as indicated by failing to participate in the bid process);

   v.    She is laid off for a period in excess of ~~ten (10)~~ **fifteen (15)** months in duration;

         **Excluding disability and compensation laws.**

   vi.   She accepts other employment while on leave of absence without the consent of the Employer;

   vii.  She overstays a leave of absence granted by the Employer without securing an extension of such leave in writing;

   viii.  She is absent from work for three (3) consecutive work days as a no call/no show. Extenuating circumstances may be considered in the reasonable judgment of the Company.

   ix.   Any union member resigning his/her position to obtain a management/supervision position of employment with the Company will have, within thirty (30) days (calendar days), a period to return to his/her former position without the loss of seniority, pay or benefits. The Employee will not be paid the requisite management/supervisor salary until he/she accepts the management/supervisor position in writing.

## ARTICLE 7- LAYOFF AND RECALL

The last employee hired into a particular classification shall be the first employee laid off, and the last employee laid off in a particular classification shall be the first employee recalled from the layoff list, provided that she returns to work within ~~five (5)~~ **seven (7)** working days of the date of mailing of the Employer's notice of recall sent by USPS delivery confirmation, which notification shall be provided by email to the Union. Employees who fail to report for working within the required time shall forfeit all seniority rights. The Employer shall have the right to hire temporary employees to fill vacancies until employees report to work in such vacancies.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Employees laid off for the summer shall not receive the written layoff notice. Rather, such employees who wish to work for the Company during a new school year shall participate in the fall bidding process.

## ARTICLE 8 – SUMMER WORK

Employees willing to work in the summer months will sign up on a voluntary basis. Summer routes will be posted and picked based on seniority date order of the voluntary list. If the Company needs more employees to fill the work for the summer months, the Company will recall employees for each classification in reverse order of seniority. Routes will be posted by the Employer as soon as practicable. Employees who sign up on a voluntary basis will pick prior to those recalled.

Employees who declared themselves available for summer work may elect to pass up the work as long as there are ample employees to cover the work. If there are not ample employees, those employees who declared themselves available for work must work (in inverse seniority order). Failure to do so shall disqualify them for unemployment and subject them to the requirements below medical coverage.

Any employee forced to work for the summer who refuses to do so or one who does not declare herself available for summer work shall be ineligible for unemployment benefits and shall also bear responsibility for the entire July and August medical premium at COBRA rates (if coverage is elected by the employee or the employee may elect no coverage at all). Employer contributions are not reinstated until said employee(s) return(s) to work.

## ARTICLE 9 – DISCIPLINE AND DISCHARGE

Discipline may include, among other actions, oral or written warnings, suspension and

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

discharge.  The Company shall provide notice of any discharge to the Union.  All discipline is subject to just cause.  ~~If an employee is disqualified by any school district the Company contracts with, such disqualification shall constitute "just cause" and the Company shall have the right to terminate the employee's employment based solely on the disqualification by the applicable school district.  However, where an employee is disqualified by a school district without providing the Company with evidence to justify such disqualification, the Company agrees to offer continued employment to the employee at another school district so long as: a) there is sufficient available work at the other school district for which the employee is qualified; and b) the other school district accepts the employee's employment at its district.~~

**UNION COUNTER:** (from master agreement) The Employer shall not discipline, suspend or discharge any employee without just cause.  In any case of discipline including discharge or suspension, the Company shall promptly notify the employee in writing of the discipline, discharge or suspension and the reason thereof on the effective date.  A copy of such written notice shall be given to the Shop Steward (or its designee) that day.

The Employer recognizes that discipline shall be reasonable and that progressive discipline shall be used to educate an employee to follow the rules and to perform his/her job properly.  Progressive discipline includes warnings, suspensions, and termination.  However, under severe circumstances, progressive discipline may not be required so long as just cause is shown.

A warning notice as herein provided shall not remain in effect for more than nine (9) months from the date of occurrence upon which such warning notice is based, except in the case of serious, on-duty preventable accidents, which may be considered for a reasonable period of time, and shall not include minor issues.

A discharged employee must be paid in full for all wages owed him by the Employer within five

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

(5) days from the date of discharge unless the applicable law requires such payment to be sooner. All employees shall receive their normal pay and benefits during the course of any investigation by the Employer, which may lead to the imposition of discipline.

The Company shall advise employees of their right to Union representation whenever the Employer meets with the employee about grievances or discipline or to conduct investigatory interviews. If a steward is unavailable, the employee may designate a bargaining unit member who is available at the terminal at the time of the meeting to represent him/her. Meetings or interviews shall not begin until the steward or designated bargaining unit member is present.

Use of Video or Audio: The parties agree that all vehicles may be equipped with video and/or audio equipment. The Company will not randomly review audio, video data or other electronic monitoring devices for the purpose of seeking out policy violations. This shall not however preclude the Company from reviewing video as part of a verifiable investigation in response to an incident, accident, complaint or other directly observed issue. Further, arbitrary use of such equipment shall be subject to the grievance and arbitration procedure.

Customer Removal: If the company is required to remove a driver from a route at the school districts request, the Company agrees to discuss the matter with the school district as soon as practical to attempt to adjust or resolve the issue and will seek permission of the client to invite the Union to participate in such discussions. If the school district maintains its position on the removal of the driver, the Company will meet with the Union to discuss the status of the driver. The Union will be given a copy of the directive requiring the removal where appropriate. If the directive is not in writing, the Company will request the school district provide a written directive setting forth the reason for the removal. The Company will make every effort to place the employee in substantially equivalent work and earnings within the bargaining unit serviced by the

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Local Union or at another of the Company's locations for which the driver is qualified, either of which should be in the geographic area of the Local Union or in another mutually agreeable location. If the school district does not provide a directive requiring removal of an employee in writing, First Student will, in writing, provide the Union and the employee with a description of the directive. The company shall not initiate or instigate employee removal or customer complaints with the district. The company shall provide training to the employee in any area of deficiency articulated by the school district in order to assist the employee in correcting any actual or perceived performance or behavioral problems.

## ARTICLE 10 - GRIEVANCE PROCEDURE

10.1.    The term "grievance" is defined as any controversy, complaint, misunderstanding or dispute arising as to the application or interpretation of any provision of this Agreement.

10.2.    It is mutually agreed that any differences arising between the Employer and the Union as to the meaning or application of the provisions of this Agreement shall be settled in the following manner:

Step 1: The aggrieved employee and/or the Shop Steward shall first take the matter up with the applicable immediate supervisor. If satisfactory settlement is not effected with the immediate supervisor within fourteen (14) calendar days after the later of (a) the occurrence of the grievance or (b) the earlier date on which the grievant or the Union knew or reasonably should have known of the events or omissions giving rise to the grievance, then the grievance shall be reduced to writing by the employee and/or the Shop Steward and the Shop Steward shall take the matter up with the designated manager.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Step 2: If no satisfactory adjustment is made within fourteen (14) calendar days of Step 1, the Shop Steward shall notify the Union, whose Business Agent or Union designee shall take up the matter with Management.

10.3. If no agreement can be reached pursuant to the procedure specified in Steps 1 and 2 above, either party may refer the matter to arbitration by notifying the other party, in writing, no later than thirty-one (31) calendar days after the date of the Step 2 meeting.

10.4. The Union and the Employer are to attempt to mutually select an arbitrator. In the event the Union and the Employer do not agree upon an arbitrator within five (5) calendar days of submitting the matter to arbitration, either party may call upon the American Arbitration Association ("AAA") for the designation of an arbitrator in accordance with AAA's Labor Arbitration Rules.

10.5. In the event a grievance proceeds to arbitration, the Parties agree to accept the decision of the arbitrator as final and binding. The expenses of arbitration shall be borne equally by the Employer and the Union. The Arbitrator shall have no power to alter, amend, change, add to or subtract from the terms of this Agreement. If it is found that the employee's discharge was not for just cause, the Company shall pay all wages and benefits lost as a result of the incident for a period not to exceed one hundred twenty (120) calendar days. Should the Arbitrator award retroactive pay, he shall mitigate from damages wages earned elsewhere by the discharged employee during the period following his discharge up to one hundred twenty (120) calendar days.

10.6. The time limits specified in this Article shall be of the essence, and failure by the employee, Shop Steward, or Union to take action as required within the time specified herein shall result in the grievance being forfeited and denied, and not subject to arbitration. The time limits may only be waived in writing by mutual agreement. The term "days," as used throughout this

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Article, shall refer to calendar days, and as such shall be inclusive of Saturdays, Sundays, and holidays.

10.7. No employee shall have any individual right to take any matter to arbitration. Rather, the right to seek arbitration and all other enforcement of this Agreement, its terms and provisions, shall rest solely with the Union and the Employer. No employee shall have any right or claim against the Employer under the terms and provisions of this Agreement, except such rights as may be pursued on his behalf by the Union. Should the Employer have a grievance with the Union, it may proceed with that grievance directly to the arbitration phase of this Article.

## ARTICLE 11 - NO STRIKES – NO LOCKOUTS

11.1 During the term of this Agreement, no employee shall engage in, without limitation on the following, any strike, sit-down, sit-in, slow-down, sympathy strike, picket, cessation or stoppage or interruption of work, or boycott interfering with or initiated against the operations of the Employer. The failure or refusal on the part of any employee to comply with the provisions of this Article 11 shall be cause for immediate discipline, including discharge, and such penalty shall not be subject to the arbitration provisions set forth in this Agreement, although the Union may challenge the facts underlying the discipline through the grievance procedure and/or at arbitration.

11.2 During the term of this Agreement, the Union, its officers, representatives and members, shall not in any way, directly or indirectly, authorize, assist, encourage, participate in or sanction (without limitation on the following) any strike, sit-down, sit-in, slow-down, sympathy strike, picket, cessation or stoppage or interruption of work, or boycott interfering with or initiated against the operations of the Employer, or ratify, or condone or lend support to any such action initiated by any person or entity.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

11.3    Should any (without limitation on the following) strike, sit-down, sit-in, slow-down, sympathy strike, picket, cessation or stoppage or interruption of work, or boycott interfere with or be initiated against the operations of the Employer, the Union, within twenty-four (24) hours of a request by the Employer, shall:

> a)    Advise the Employer in writing that such action by employees has not been called or sanctioned by the Union;
>
> b)    Notify employees of its disapproval of such action and instruct such employees to cease such action and return to work immediately; and,
>
> c)    Post notices at each and every Union Bulletin Board advising that it disapproves such action and instructing employees to return to work immediately.

In the event the Union (and/or its authorized agents, fellow unions, and International Union) faithfully and timely complies (as required by this Sub-Section 11.3) with the Employer's request as provided herein, the Employer agrees that it shall hold the Union harmless for any continuing activities of an individual and nature in violation of this Article.  However, nothing herein shall preclude the Employer from disciplining or discharging any employee who fails to comply with this Article.

11.4    The Employer agrees that it will not lock out employees during the term of this Agreement.

## ARTICLE 12 - NON-MODIFICATION OF AGREEMENT

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Neither the Employer nor any front-line supervisor, employee or group of employees shall have the right to waive or modify any provisions of this agreement without written authorization from the Union and Employer.

## ARTICLE 13 - SHOP STEWARDS

The Union shall have the right to designate one (1) employee as the Shop Steward and ~~two (2)~~ one (1) employees as the Assistant Shop Steward ~~at the Company's yard located at 3601 Horseblock Road, Medford, NY 11763.~~

The authority of a Shop Steward shall be limited to the investigation and presentation of grievances under this Agreement. The Shop Steward shall confine himself/herself to the business of the Employer during said employee's working hours, and he/she will not engage in any Union activities which will in any way either directly or indirectly, interfere with operations. Writing and processing of grievances shall be performed on the employee's time and the Shop Steward's time, not during working time. The Assistant Shop Stewards shall have authority only in the absence of the Shop Steward. The Shop Steward and Assistant Shop Stewards shall not get compensated for any time they spend performing Union work.

For purposes of layoffs and picks, the Shop Steward ~~and Assistant Shop Stewards~~ shall be granted super seniority within their terminal and classification. Super seniority, for purposes of this Article, means that the Shop Steward ~~and Assistant Shop Stewards~~ shall be the last employees laid off within their terminal and classification. ~~As between the Shop Steward and Assistant Shop Stewards, ordinary seniority within their terminal and classification controls.~~

All references to East End Bus Lines shall be replaced by First Student, Inc.

In the event the facility has a substantial change in the number of employees, the Parties agree to meet and confer to discuss the re-distribution of Shop Stewards and Assistant Shop Stewards across the Company's terminal.

**UNION COUNTER:  The Employer shall recognize one (1) Shop Steward and one (1) Assistant Shop Steward (if the union deems an assistant to be necessary) in each terminal who shall be authorized as such in writing by the Union for the purpose of discussing with the Employer matters which relate to the employees and working conditions.**

**Such Stewards and Assistant Stewards shall be elected by the employees in the bargaining unit.**

**The Union shall determine the number of assistant stewards required at each terminal.**

**One (1) Shop Steward shall be afforded super seniority with respect to the lay-off and recall provisions of this Agreement and for run picks. Assistant Shop Steward shall pick second.**

**Shop Stewards shall have access to all trip/daily log rotation sheets and updated route information.**

**Shop Stewards shall be permitted to use COMPANY machines, such as phone, fax, and copy machines for Union business, for which such permission shall not be unreasonably denied.**

## ARTICLE 14 – UNION VISITATION

An official designated representative of the Union shall be permitted to visit the Employer's premises at ~~3601 Horseblock Road, Medford,~~ **57 Miller Place/Yaphank Road, Middle Island,** NY during working hours provided that such representative shall report in at the office of the Employer prior to proceeding into the general work area and secure an authorization pass to proceed with the visitation. Said authorization will not be unreasonable withheld. The Union representative shall in no manner interfere with the work of any employee and will comply

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

with all Company rules and regulations while on Company premises. The Union agrees that should the Union be involved in any strike or concerted work stoppage activities against the Company, authorization to visit the Company premises during such periods is withheld.

## ARTICLE 15 - OVERTIME

The Employer shall have the right to bypass employee(s) for overtime or extra work if the additional hours will result in the employee working in excess of forty (40) hours in a work week. All hours worked in excess of forty (40) hours in a workweek shall be compensated at time and one half (1 ½) the employee's regular straight time hourly rate of pay and/or a blended rate if applicable during the pay period. If the Employer is unable to appropriately staff extra work or overtime, the work will be assigned on a reverse seniority basis.

## ~~ARTICLE 16 - PAID TIME OFF DRIVERS AND MONITORS~~
## ~~PAID TIME OFF & EXCUSED DAYS~~

~~16.1    All non-probationary AM/PM drivers (excluding utility drivers) and monitors with two (2) reports per day will be paid a flat rate for all school closings marked on the Company generated calendar (for a total of 30 days), and up to three (3) snow days.~~

~~The rates are as follows:~~

- ~~Drivers with Big Bus Routes & Spare Drivers with a Class B license: $ 60 per day~~

- ~~Drivers with Van Routes or Spare Drivers with a Class C license: $ 50 per day~~

- ~~Monitors and Regular Bus Attendants: $ 40 per day~~

~~In addition, for those weeks that a driver/monitor works less than four (4) days, the driver/monitor will be eligible to collect partial unemployment benefits. If the school the~~

All references to East End Bus Lines shall be replaced by First Student, Inc.

driver/monitor services is open on a day that is designated as a school closing on the Company calendar, the driver/monitor is still expected to report to work as scheduled. In such circumstances, the driver/monitor will receive the driver/monitor flat rate listed above, and the driver/monitor regular pay for time worked or a minimum of four (4) hours. If a driver/monitor's school is open and the driver/monitor does not report to work, the driver/monitor will forfeit the flat rate listed above and the absence will count as a violation / strike for purposes of attendance and any applicable bonus eligibility.

16.2    Non-probationary drivers/monitors (who are also not on performance probation) will be eligible to receive up to one (1) unpaid excused day per quarter. The Employer will mark these absences as "excused" and it will not penalize the driver/monitor by deducting money from the driver/monitor's quarterly bonus. If during any quarter the driver/monitor has more than one (1) absence regardless of the reason this will count against the driver/monitor as a strike and/or violation under attendance and the driver/monitor will have money deducted from that quarter's bonus. The month of September is excluded from this provision, and all absences taken during this time will count as a violation or strike.

16.3    To be eligible for paid school closings and "emergency days" drivers/monitors must be non-probationary and must not be on performance probation and must have worked the day before and day after the school closing. Drivers/Monitors become ineligible to receive this benefit if the driver/monitor is put back on probation because of receiving three (3) violations / strikes.

## ARTICLE 16 - GUARANTEED EMPLOYMENT

The following reference to guarantees is not a strict guarantee of continuous employment to any and all drivers/drivers assistants rather it is representative of the normal work year that drivers/drivers assistants shall work. In the event the company loses contract work the company shall not be liable for any compensation and/or benefits to any employee subsequent

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

to losing said contract work.  All drivers/driver's assistants shall be guaranteed 38 39 weeks of employment and the following supplemental weeks shall be in addition to such guarantees.

## SUPPLEMENTAL PAY:

Drivers and Drivers Assistants shall receive the following

supplemental weeks: Length of Service:

Two months – One year     39 weeks + 1 week supplement (paid December)

Two years – three years   38 39 weeks + 1 2 weeks

supplement (paid December February)

Three years and over      38 39 weeks + 2 3 weeks

supplement (paid April)

*Supplemental pay is one-half (½) the normal week's base package.

Drivers may collect unemployment for Easter, mid-winter, or Christmas breaks if they are otherwise eligible for unemployment benefits.  To be entitled to supplemental pay the employee must have worked the employee's entire package on the employee's last scheduled day before and the employee's first scheduled work day following the period in question. Drivers/Drivers assistants not eligible for unemployment in any recess period, for which they are entitled to supplemental pay, shall receive a full weeks pay from the employer.

**ARTICLE 17 – MEDICAL PLAN**

Non-probationary employees (excluding utility drivers) who regularly work twenty or

more hours per week shall be eligible to participate in the Union's medical plans in accordance

with the terms and conditions of such plans either as now in existence or changed or substituted in

the future by the Union. The Union's Health and Welfare Plan shall be the sole Health and Welfare

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Plan offered to employees under this Agreement. The contributions for the Company and employees shall be as follows, which includes the premiums for Single Coverage, Employee Plus One Coverage, and Family Coverage for eligible employees; employees shall pay the balance of the contribution as indicated below for Single coverage, as well as any balance for "employee+1" coverage and "family" coverage:

**40 36 WEEK EMPLOYEES (Van Drivers & Driver's Assistants)**

Company proposes 70% employer//30% employee for single,
60%//40% for Single +1 and 50%//50% for family.
Union Counter = Less than 1 year 80%/20%
                   1 year to 2 years 85%/15%
                   2 years to 3 years 90%/10%
                   3 + years single rate paid by employer

All non-probationary Drivers and Driver Assistants who do not participate in any health plan shall receive an additional $1.00 per hour in their wage rate.

| Single Coverage | | Employer 55% Contribution Monthly | Employee 45% Contribution Monthly | Weekly |
|---|---|---|---|---|
| September 1, 2018 | $730.00 | $401.50 | $328.50 | $98.55 |
| September 1, 2019 | $790.00 | $434.50 | $355.50 | $106.65 |
| September 1, 2020 | $869.00 | $477.95 | $391.05 | $117.32 |
| | | 60% Contribution | 40% Contribution | |
| September 1, 2021 | $956.00 | $573.60 | $382.40 | $114.72 |

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

| | | | | |
|---|---|---|---|---|
| September 1, 2022 | $1,052.00 | $631.20 | $420.80 | $126.24 |

| | | Employer 35% Contribution | Employee 65% Contribution | |
|---|---|---|---|---|
| Single +1 Coverage | | Monthly | Monthly | Weekly |
| September 1, 2018 | $1,460.00 | $511.00 | $949.00 | $284.70 |
| September 1, 2019 | $1,580.00 | $553.00 | $1,027.00 | $308.10 |
| September 1, 2020 | $1,738.00 | $608.30 | $1,129.70 | $338.91 |
| | | 40% Contribution | 60% Contribution | |
| September 1, 2021 | $1,912.00 | $764.80 | $1,147.20 | $344.16 |
| September 1, 2022 | $2,104.00 | $841.60 | $1,262.40 | $378.72 |

| | | Employer 23% Contribution | Employee 77% Contribution | |
|---|---|---|---|---|
| Family Coverage | | Monthly | Monthly | Weekly |
| September 1, 2018 | $2,190.00 | $503.70 | $1,686.30 | $505.89 |
| September 1, 2019 | $2,370.00 | $545.10 | $1,824.90 | $547.47 |
| September 1, 2020 | $2,607.00 | $599.61 | $2,007.39 | $602.22 |
| | | 25% Contribution | 75% Contribution | |
| September 1, 2021 | $2,868.00 | $717.00 | $2,151.00 | $645.30 |
| September 1, 2022 | $3,156.00 | $789.00 | $2,367.00 | $710.10 |

## 52 WEEK EMPLOYEES (Mechanics & Clerical)

| | | Employer 55% Contribution | Employee 45% Contribution | |
|---|---|---|---|---|
| Single Coverage | | Monthly | Monthly | Weekly |
| September 1, 2018 | $730.00 | $401.50 | $328.50 | $75.81 |
| September 1, 2019 | $790.00 | $434.50 | $355.50 | $82.04 |
| September 1, 2020 | $869.00 | $477.95 | $391.05 | $90.24 |
| | | 60% Contribution | 40% Contribution | |
| September 1, 2021 | $956.00 | 573.60 | $382.40 | $88.25 |

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

| | | | | |
|---|---|---|---|---|
| September 1, 2022 | $1,052.00 | $631.20 | $420.80 | $97.11 |

| Single +1 Coverage | | Employer 35% Contribution Monthly | Employee 65% Contribution Monthly | Weekly |
|---|---|---|---|---|
| September 1, 2018 | $1,460.00 | $511.00 | $949.00 | $219.00 |
| September 1, 2019 | $1,580.00 | $553.00 | $1,027.00 | $237.00 |
| September 1, 2020 | $1,738.00 | $608.30 | $1,129.70 | $260.70 |
| | | 40% Contribution | 60% Contribution | |
| September 1, 2021 | $1,912.00 | $764.80 | $1,147.20 | $264.74 |
| September 1, 2022 | $2,104.00 | $841.60 | $1,262.40 | $291.32 |

| Family Coverage | | Employer 23% Contribution Monthly | Employee 77% Contribution Monthly | Weekly |
|---|---|---|---|---|
| September 1, 2018 | $2,190.00 | $503.70 | $1,686.30 | $389.15 |
| September 1, 2019 | $2,370.00 | $545.10 | $1,824.90 | $421.13 |
| September 1, 2020 | $2,607.00 | $599.61 | $2,007.39 | $463.24 |
| | | 25% Contribution | 75% Contribution | |
| September 1, 2021 | $2,868.00 | $717.00 | $2,151.00 | $496.38 |
| September 1, 2022 | $3,156.00 | $789.00 | $2,367.00 | $546.23 |

Employee contribution rates shall be made weekly and shall be based upon either a projected 40 36 week or 12 month schedule (subject to adjustment for partial years). Credits created due to an adjustment will be subtracted from the total medical contribution owed by the employee for the year. If all contributions have been met for the year, employee shall be reimbursed for the credit.

Union Health and Welfare Plan –Eligible employees may enroll in the Union's health and welfare fund, subject to the following:

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

a)     The contribution rates shall be in the percentages set forth above.

b)     The plan document and SPD will be provided by the Union to the Employer in advance of the open enrollment period.

c)     The Union Health and Welfare Fund will be reasonably permitted to change benefits during the term of this Agreement, but in no event shall the contribution rates for said benefits exceed the limits set forth in Article 17.

d)     Employer shall provide statutory disability benefits insurance in accordance with the New York Disability Law and may make such deductions from the employee's wages on account of employee contributions to the cost of such insurance as is permitted by law.

e)     Said contributions are to be used for welfare purposes for the sole benefit of employees and their families and the administration of said Fund, and may also provide physical examinations, as well as diagnostic and treatment care. The Employer agrees to make available to the Union and to the trustees of the said Fund any and all payroll and related records that they or their representatives, in their sole discretion may deem required in connection with the sound and efficient operation of said Fund.

f)     In the event the Employer fails to make contributions as required hereunder and such default continues for a period of fifteen (15) days thereafter, then in addition to the contributions required to be made hereunder the Employer shall also pay an additional sum equal to ten (10%) percent per annum on the unpaid balance as the late payment charges beginning with the 15th day of the month in which the default occurs. In addition, the Employer shall be responsible for all counsel fees, auditing fees and all other necessary costs of collection occasioned by the said default of the employer.

g)      In addition to any other remedy which the Union and/or trustees may have, it is agreed that in the event the Employer fails to make reports and/or contributions as provided for herein, then in that event in any action commenced against said employer by reason of his failure to make reports and/or contributions, the amount per month sued for, at the sole discretion of the Union and/or trustees, may be the amount of a contribution made by the Employer for any one (1) month during the previous twelve month period.

h)      The Employer herein agrees to be bound by all the terms and provisions of the Trust Agreement as amended, establishing and maintaining the aforesaid Fund together with the action of the trustees taken pursuant to the provisions of said Trust agreement. A copy of said Trust Agreement as amended is available to the Employer at the time of the execution of this agreement or any time at the office of the Union and/or aforesaid Fund.

i)      It is expressly understood and agreed that the Union, Local 1205 Welfare Fund, Local 1205 Pension Fund, 1205 Building Corp. shall have the right to cover their employees under the Local 1205 Welfare fund, provided that each of the aforesaid shall make contributions to the said Fund in the same manner as covered employees, but in no event shall the Union have the right to participate in the selection of Employer trustees for the said fund.

In the event that during the term of this Agreement, any healthcare option or coverage offered by the Employer or the Union Health and Welfare Fund under this Agreement becomes insufficient or deficient pursuant to any federal, state or local health care legislation or any other regulation then in effect requiring a modification of the options or coverage, the Company shall have the option to do any of the following:  1) correct (or request the Union Health and Welfare Fund to correct) any insufficiency or deficiency without impacting the contribution levels of employees or the Company; 2) cease non-complying coverage options; 3) elect to pay any

All references to East End Bus Lines shall be replaced by First Student, Inc.

legislated or regulated penalties in lieu of adopting compliant coverage options, and/or 4) reopen this Agreement for bargaining (not limited as to any mandatory subject of bargaining). In the event the Company reopens this Agreement, it must do so with an effective date for the re-opener at least 60 but no more than 90 days prior to the effective date of the event giving rise to the re-opener. The Parties shall honor the terms of the No-Strike/No-Lockout clause (set forth in Article 11) for the full term of this Agreement, including during any re-opener pursuant to this Article.

## ARTICLE 18 - RETIREMENT PLAN

a)      The Employer hereby agrees, upon ratification, to participate in the Teamsters National 401(K) Saving Plan ("the Plan") on behalf of all AM/PM employees (excluding utility drivers) represented by Local 1205 for purposes of collective bargaining under this agreement and in such form and manner as required pursuant to the plan and Declaration of Trust (the "Trust").

b)      The Employer has agreed, upon ratification, to contribute into the Teamsters National 401(K) Plan a maximum annual Employer match of $250.00 per year per employee.

401-K – Company Proposal.

Effective 9/1/23 – the Employer agrees to contribute twenty-five ($25) dollars each month worked per employee into the Teamsters National 401k Plan.

Effective 9/1/25 – the Employer agrees to contribute fifty ($50) dollars each month worked per employee into the Teamsters National 401-k Plan.

Effective 9/1/26 – the Employer agrees to contribute seventy-five ($75) dollars each month worked per employee into the Teamsters National 401-k Plan.

**Union Counter:**

Effective 9/1/23 the Employer agrees to contribute One Hundred ($100) dollars each month

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

worked per employee into the Teamsters National 401-k Plan.  The Employer will match employee contributions up to 5% of gross wages.

Quarterly Cash Bonus:    AM/PM Drivers and Monitors covered by this Agreement (excluding utility drivers) shall be eligible for the Employer's quarterly cash bonus. $450 per quarter, 3 per school year (see below); $575 per quarter (5+ year employees).  The quarterly performance bonus will be based on an employee's ability to meet the minimum requirements of their job.  If requirements are not met, the employee will be notified by an Absence Acknowledgement form or Warning Notice, or some form of write-up to inform the employee of any deductions being made to an employees' quarterly bonus. If you have any violations or "strikes," the following amounts will be deducted from the quarterly bonus:

- $75 per unexcused absence (any absence after the (1) allowed per quarter)

- $100 per policy violation write up (i.e., inappropriately dressed, red light ticket, etc.)

- $75 for missing a designated safety meeting and or missing any NYS refresher course

- $50 for trip sheet violation (5 missing or incomplete trip sheets = 1 violation/strike)

To be eligible, regular employees must have AM/PM reports (excluding utility drivers) and be off probation at the START of the bonus period. In addition, the company has adopted a "3 strikes and you're out" policy. Employees will be put back on probation for a minimum of 60 days once they reach 3 violations or "strikes" (as outlined above) within a given school year. During this time all incentives will be suspended until probation is lifted. The company reserves the right to either put employee on probation after one violation, or terminate the employee on the spot, depending on the severity of the violation, subject to Article 10 of this agreement. As a one-time granting of amnesty, all discipline in employees' files upon ratification shall be forgiven and all employees will have a clean slate as of that date.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

## ARTICLE 19 - LEAVES OF ABSENCE

The Employer shall comply with all federal and state regulations concerning FMLA, and all leaves approved will conform to those regulations.

ADD SICK DAYS

All employees are eligible for five (5) sick days per year as needed.  Where an employee is sick for three or more days. The company may require that the employee submit a doctors note.  Any unused sick days will be paid to the employee at their current rate of pay on the last paycheck of the year.  To receive pay for unused sick leave, employees must be employed on the last day of the school year.

The parties acknowledge that the comparable benefits/paid days off for employees provided pursuant to this CBA comply with New York State Labor Law 196-b.

**UNION COUNTER:**  All non-probationary Drivers and Driver Assistants who regularly work a five (5) day per week bid of any kind and duration (including, AM bid, PM bid, Mid-day bid, and/or Late Run bid or any combination of such bids) shall be entitled to 56 hours of New York State safe/sick leave for each school year (September 1 – August 31).

Employees may use sick/safe time in increments of four (4) hours.  The company may require that the employee submit a doctors note for absences of three (3) or more days.  Employees may request and use sick/safe leave under this article, as well as exercise their rights under applicable law, without fear of retaliation or discrimination, which this agreement prohibits.

Any unused sick time will be paid to the employee at their current rate of pay on the last day of the school year.  The parties agree that this article provides paid time off comparable to the New York State Paid Sick Leave Law 196-b.

All employees who have been with the organization for one (1) year and have worked at least  700 hours within the previous 12-month period are eligible for family and medical

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

leave.

Employees are entitled to take twelve (12) weeks of unpaid leave in any 12 month period. The policy provides that the leave of absence will be granted under four circumstances:

1. Care for son/daughter on birth;
2. Care for son/daughter on adoption;
3. Care for spouse/son/daughter/parent with "serious health condition"; and
4. Employee has a "serious health condition" and is unable to perform his functions of his/her position.

"Serious health condition" is defined as an illness, injury, impairment, handicap or physical or mental condition involving either in-patient care or continuing treatment by a "health care provider". "Healthcare providers" include doctors of medicine, doctors of osteopathy or any other person determined by the Secretary of Labor to be capable of providing health services.

An employee must provide certification of a "serious health condition" for his/her own illness or that of a covered family member. First Student may request a second opinion at the Company's expense. If the opinions are in conflict, a third physician will be designated jointly by First Student and the employee and will give a final opinion at the Company's expense.

The third physician's opinion is final and binding. At any time in the future, First Student may require subsequent re-certification on a reasonable basis.

The period in which a twelve (12) week leave of absence can be taken for birth or adoption begins the day a child is born or adopted and ends twelve (12) months after the event. An intermittent leave because of the birth or adoption of a child may be done only with approval of the District office.

A leave of absence because of a serious health condition of the employee or spouse, child or parent of an employee may be taken all at once or intermittently if medically necessary and without approval. If the requested leave is foreseeable based upon planned medical treatment, First Student may require an employee to transfer temporarily to an available alternative position, which better accommodates recurring periods of leave.

When an employee can reasonable foresee that a leave would be required, he/she must provide at least thirty days notice of the intention to take the leave.

If a husband and wife are both employed by our company, they may take up to twelve (12) work weeks in any twelve (12) month period if the leave is requested because of the illness of a child or the other spouse. In the event of a newly arrived child or sick parent, the

total number of weeks of leave for both spouses is limited to twelve (12) workweeks in any twelve

(12) month period.

Health insurance will be continued under the same terms and conditions as if the employee was still actively employed. Therefore, if you contribute any money toward payment of premium, you must continue to pay that portion. In the event that you fail to return from the

leave of absence, the premiums paid will be recovered from the employee unless the reason the employee fails to return is not the continuation, recurrence or onset of a "serious health condition". A certification issued by your physician will be required to substantiate the reason for failure to return from leave.

When an employee is able to return to "active employment", he/she shall be restored with no loss of seniority or benefits and shall be placed on the package held by the employee prior to the leave.

## - LEAVES OF ABSENCE

(a)   The Company will grant a leave of absence up to two (2) times per year for one (1) Shop Steward and assistant shop steward from each terminal, provided that the total number of employee days to be missed as the result of these leaves shall not exceed six (6) per terminal per year. This leave is to attend educational courses specifically relevant to their duties as stewards (i.e. grievance procedure). This leave is not to be used to participate in strike, picketing or other related job actions, and shall not be utilized for union organizing purposes against any First Student owned or affiliated (subsidiaries, joint ventures, etc.) company. Such employees shall suffer no loss of attendance related incentives resulting from absence from work.

(b)   In cases of maternity, leaves of absence in excess of sixty (60) days or more may be granted. In considering applications for leaves of absence, the Employer shall not unreasonably withhold such permission. A written statement authorizing such leave of absence shall be furnished to the employee upon written application to the Employer with a copy to the Union. An employee granted a leave of absence shall retain his seniority rights. No leave of absence shall be granted for the purpose of outside employment. Any member of the Union, who, during such leave of absence, accepts such outside employment, shall be deemed by the Employer and the Union to have resigned from employment with the Employer and, if reinstated, he shall be deemed a new employee.

(c)   For matters of utmost urgency, the Company will consider leaves for employees. Each employee request for leave of absence must be made in writing and submitted to the

All references to East End Bus Lines shall be
replaced by First Student, Inc.

employer supervisory representative in charge of the facilities two (2) weeks in advance of the time the leave is requested to be taken and not more than two (2) months in advance of the time leave is requested to be taken; (emergency requests such as leave to take care of family members who are ill and unable to care for themselves or be cared for by others, will be given priority status and may not be subject to the normal time limits stated herein.)

Each request for LOA will be dealt with according to the nature and urgency of the request and the current manning requirements and absentee factor within the Company at the time the LOA is requested to be taken. If an employee takes unauthorized personal time off or leave of absence, the Company will consider this action to be an abandonment of the job and the employee will be subject to disciplinary action up to and termination.

(d)     Employees may be granted limited leaves of absences not to exceed sixty (60) days for personal reasons. The employer may grant at the request of the employee a personal leave during which the employee would work a reduced work schedule. A leave for

personal reasons may be extended, if necessary, for up to a maximum of one (1) year (except for a leave due to an on-the-job injury or illness, which shall not be subject to the one-year limitation).

(e)     The right of an employee returning from a leave granted because of the employee's medical inability to work, to return to his bid package is set forth in Article 5. The right of an employee, returning from any other type of leave, to return to his bid package ends at such time as the total number of days that the employee has been on such leave during the preceding twelve (12) months exceeds thirty (30) calendar days. If the employee's leave exceeds the limits stated, his package will immediately be posted for bid in accordance with Article 5. The circumstances under which and the extent to which the employer will continue to contribute its portion of the cost of health care for an employee who is on leave are detailed in the medical insurance article of this Agreement.

## ARTICLE 20 - JURY DUTY

Employees called for jury duty shall notify the Employer upon receipt of a jury duty notice.

Any AM/PM employee required to perform jury duty shall receive a $50.00 flat rate per day up to

three (3) days with proof of attendance. The employee will report to work if relieved from Jury

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Duty early.  SUGGEST USING NATIONAL MASTER PROVISION.

**UNION COUNTER:** (from Master Agreement) Employees required to perform jury duty shall receive the difference between jury duty pay

and the employee's regular day's pay for a maximum of fifteen (15) days per school year-- thirty

(30) days for grand jury. Employees understand that if called to serve on a local jury they will work any part of their package for which they are available. Employee shall notify the Employer upon receipt of jury duty notice.

Employees shall make every reasonable effort to reschedule jury duty to non-work periods (i.e. summer) and shall provide written documentation to the Employer of those efforts. Failure to comply with the preceding two requirements shall disqualify the employee from receiving any payment from the Employer.

Transportation monies received by the employee shall remain the property of the employee.

## ARTICLE 21 – RUN PICKS, EARLY DISMISSALS, HOLD DOWNS

Schedules shall be arranged with picks containing run packages pre-calculated hours and shall be posted. Runs for Drivers and Driver's Assistants shall be posted in numerical order and sectioned by guarantees, two days before the pick for employees to view the packages. Copies of the packages to be picked shall be furnished to the Union at least five (5) days prior to the pick date. The Company will make every effort to provide the packages five (5) days before the pick but cannot guarantee that it will due to school district's schedule. All employees must contact the Company by August 15th to determine the dates for the scheduled pick and any training dates that are mandatory prior to returning for the September school year. The Company will provide a date and time schedule for all employees in order of seniority to pick their route for the upcoming

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

school year. Each employee will have five (5) minutes to pick his/her package.

All vacancies and runs shall be posted within 24 hours and handled the same way as regular picks, with the same seniority rules applying. Postings shall be for forty-eight (48) hours.

Pick dates are as follows:

1.      The first pick shall be in late August—prior to school opening. Employees will be given no less than 48-hour notice of picks.

2.      The Union shall be furnished with a list of all extra picks and work three (3) days in advance. All extra work should be posted and bid on in seniority order.

3.      The Union shall be notified regarding changes in runs, additions, and deletions which could constitute a new pick.

4.      The district has the right to add, change or delete any picked package. If this happens the company will notify the Union as soon as the revision takes place. If similar work cannot be added to the current package and the employee is in agreement to the change their will not be a new pick.

5.      Any additions to picked runs must be added by availability and seniority. Drivers will complete the run when assigned, and the Union shall be notified within forty-eight (48) hours of any changes in runs.** If a question arises regarding the assignment of a regular or late run, a union representative will meet with Management to resolve any questions. Where an employee is unavailable for the first day of work, but is available to work the school year, the employee shall be allowed to participate in the pick and the employee's picked run will be held down for six (6) weeks; provided, however, the employee is unavailable due to legitimate family leave issues.

**Drivers on disability leave or on Workers Compensation who are medically cleared to return to work, shall pick either an open run (a run which has not been bid on) or bump the least senior*

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

*person in their driving classification.\*\**

6.     The Company will establish the report in time for each package.  After the first second week of school, an employee who believes his/her report in time to the first pick-up is not sufficient, shall bring the matter to the attention of his/her supervisor by submitting a route adjustment form. If the matter is not resolved to the satisfaction of the Employer, the supervisor or employee, a meeting shall be held with the employer, the supervisor and, employee, a meeting should be held with the employee, the supervisor, and a union representative to resolve the issue.

7.     The Employer shall provide a school calendar with all packages at the time of the pick if available or immediately when it becomes available.

8.     All vacancies shall be posted within 24 hours by the Company for at least 48 hours. The winning bidder shall be promptly notified and moved to the new route as expeditiously as is reasonably possible. (Longwood routes subject to District approval. If denied, proof of reason of denial will be sent to the Union.)

9.     The Employer shall offer a four (4) hour (Vans and DA's), (Big Bus) guarantee picked packages or time worked, whichever is greater. Each year of the Agreement the Employer may, in its sole discretion, offer and guarantee six (6) hour packages based on operational needs and the runs assigned by the school district so long as those runs continue to operate. Such runs shall be posted.

10.     All summer school work shall be posted in the month of June on a mutually agreed upon date. The employee shall pick the work and the runs accordingly to their bargaining unit seniority. Those wishing to pass on summer work will be permitted without penalty, and then if needed to work, will be in inverse seniority, as per Article 8.

11.     Route Elimination:  In the event a route is eliminated by the School District the

All references to East End Bus Lines shall be replaced by First Student, Inc.

displaced employee shall take the last available pick. However, if a vacancy occurs, such displaced employee may pick in accordance with paragraph 7 or they will be placed in a spare status until placed on an open route or another pick is available.

12.    All early dismissal notices will be posted in the same location where the extra work list is posted, as well as on the board. Early dismissal notices will be posted as soon as possible. It is the driver's responsibility to check the early dismissal notice.

13.    The following rules shall apply to "hold downs:"

a)    A "hold down" is defined as either an open run as of the first day of school or arising when a driver is absent for any reason from his/her run for more than three (3) days.

b)    Hold downs are assigned according to scheduled package availability and are not excluded because of unscheduled early dismissals.

c)    Hold downs are to be listed on a chart with start and stop dates to be held by the dispatcher.

d)    Copies of all hold down runs will be supplied to the shop steward.

e)    If an employee is absent or late from a hold down for three (3) consecutive days or five (5) cumulative days, the employee will lose the hold down; however, in no event shall absences due to jury duty, bereavement leave, union release, or a workers compensation hearing be considered absences for the purposes of removing a driver from their hold down.

f)    Utility Drivers: All open positions shall be posted for 48 hours.

Company accepts Union proposal Article 8 – Vacancies submitted on 4/25/23, however, the Company proposes to change the June 1st discretion to assign Van Driver and Assistant provision to May 1.

The Company proposes the following on Daily Guarantees:

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Van Drivers/Assistants - 4.5 hours.

Summer work – 4 hours or actual time worked whichever is greater.

## UNION COUNTER:

### RUN PICKS, EARLY DISMISSALS, HOLD DOWNS

Schedules shall be arranged with picks containing run packages pre-calculated hours and shall be posted. Runs for Drivers and Driver's Assistants shall be posted in numerical order and sectioned by guarantees, two days before the pick for employees to view the packages. Copies of the packages to be picked shall be furnished to the Union at least five (5) days prior to the pick date. The Company will make every effort to provide the packages five (5) days before the pick but cannot guarantee that it will due to school district's schedule. All employees must contact the Company by August 15th to determine the dates for the scheduled pick and any training dates that are mandatory prior to returning for the September school year. The Company will provide a date and time schedule for all employees in order of seniority to pick their route for the upcoming school year. Each employee will have five (5) minutes to pick his/her package.

All vacancies and runs shall be posted within 24 hours and handled the same way as regular picks, with the same seniority rules applying. Postings shall be for forty-eight (48) hours.

Pick dates are as follows:

1. The first pick shall be in late August – prior to school opening. Employees will be given no less than 48-hour notice of picks.

2. The Union shall be furnished with a list of all extra picks and work ~~three (3)~~ five (5) days in advance. All extra work should be posted and bid on in seniority order.

3. The Union shall be notified regarding changes in runs, additions, and deletions which could constitute a new pick.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

4. The district has the right to add, change or delete any picked package. If this happens the company will notify the Union as soon as the revision takes place. If similar work cannot be added to the current package and the employee is in agreement to the change their will not be a new pick.

5 Any additions to picked runs must be added by availability and seniority. Drivers will complete the run when assigned, and the Union shall be notified within forty-eight (48) hours of any changes in runs.** If a question arises regarding the assignment of a regular or late run, a union representative will meet with Management to resolve any questions. Where an employee is unavailable for the first day of work, but is available to work the school year, the employee shall be allowed to participate in the pick and the employee's picked run will be held down for six (6) weeks; provided, however, the employee is unavailable due to legitimate family leave issues.

*\*\*Drivers on disability leave or on Workers Compensation who are medically cleared to return to work, shall pick either an open run (a run which has not been bid on) or bump the least senior person in their driving classification.\*\**

6. The Company will establish the report in time for each package. After the second week of school, an employee who believes his/her report in time to the first pick-up is not sufficient, shall bring the matter to the attention of his/her supervisor by submitting a route adjustment form. If the matter is not resolved to the satisfaction of the Employer, the supervisor or employee, a meeting shall be held with the employer, the supervisor and, employee, a meeting should be held with the employee, the supervisor, and a union representative to resolve the issue.

7. The Employer shall provide a school calendar with all packages at the time of the pick if available or immediately when it becomes available.

*All preferences to East End Bus Lines shall be replaced by First Student, Inc.*

8.      All vacancies shall be posted within 24 hours by the Company for at least 48 hours. The winning bidder shall be promptly notified and moved to the new route as expeditiously as is reasonably possible. (Longwood routes subject to District approval. If denied, proof of reason of denial will be sent to the Union.)

9.      The Employer shall offer a ~~four (4) hour~~ six and one half (6 ½) hour Van Driver and DA's guarantee picked packages or time worked, whichever is greater.

10.     All summer school work shall be posted in the month of June on a mutually agreed upon date. The employee shall pick the work and the runs accordingly to their bargaining unit seniority. Those wishing to pass on summer work will be permitted without penalty, and then if needed to work, will be in inverse seniority.

11.     Route Elimination:  In the event a route is eliminated by the School District the displaced employee shall take the last available pick. However, if a vacancy occurs, such displaced employee may pick an open route or pick another route when available.

12.     All early dismissal notices will be posted in the same location where the extra work list is posted, as well as on the board. Early dismissal notices will be posted as soon as possible. It is the driver's responsibility to check the early dismissal notice.

13.     The following rules shall apply to "hold downs:"

g)      A "hold down" is defined as either an open run as of the first day of school or arising when a driver is absent for any reason from his/her run for more than three (3) days.

h)      Hold downs are assigned according to scheduled package availability and are not excluded because of unscheduled early dismissals.

i)      Hold downs are to be listed on a chart with start and stop dates to be held by the dispatcher.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

j)      Copies of all hold down runs will be supplied to the shop steward.

k)      If an employee is absent or late from a hold down for three (3) consecutive days or five (5) cumulative days, the employee will lose the hold down; however, in no event shall absences due to jury duty, bereavement leave, union release, or a workers compensation hearing be considered absences for the purposes of removing a driver from their hold down.

## VACANCIES

All vacancies in the bargaining unit for the position of dispatch and clerical  shall be posted on the bulletin board at all terminals for three working days.  Covered  employees from any terminal may bid on the positions. Vacancies for drivers and driver's  assistants shall be posted for three working days only at the terminal where the vacancy  exists.

No employee will be awarded an open position unless the employee is qualified to perform the  duties of that position.  If the employer determines that two or more employees are equally  qualified to fill a vacancy, the position shall be given to the  senior employee within the  classification.  The wage rate to be paid an employee bidding an open position shall be based  on the employee's original hire date and as set forth in the labor agreement.

Drivers and driver's assistants wishing to transfer (a lateral move) from one terminal to another  must advise the Company not later than July 5.  The number of transfers will be limited to  the number of openings in the job classification in question at the time of the transfer and will  be awarded based on classification seniority.  Transfers will be made in the summer.

If a driver is assigned to a vacancy, the vacancy created by the change will be filled by the next  senior person who bids. However, the chain reaction for filling the vacancy shall be limited to  five (5) changes per category.  Any vacancy created beyond five (5) changes shall be filled by  the Employer.

The above five (5) changes shall be the aggregate changes permitted.

After **June 1**, the Employer has the discretion to assign drivers/drivers assistants to vacancies  for the remainder for the school year.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Any employee taking a position in another terminal shall receive wages, benefits and other terms and conditions of employment of the terminal they move to.

Company accepts the Union's proposed Article 9 – Hours of work, with the following adjustments; Pre-trip times 6 minutes – 8 minutes wheelchair – 2 minute walk time. Post trip time 2 minutes – 2 minute walk time.

## UNION COUNTER:

# ARTICLE 9 - HOURS OF WORK

(a)   The drivers' workday shall begin at his/her report time in the A.M. and at his/her report time in the P.M. and end when his/her vehicle has been secured in its place in the terminal at the completion of the assigned run and key is returned to dispatch.

(b)   When computing work time on a run, the following time shall be included:

1.   Time starts at the report times
2.   All actual time worked including pre trip time **(15 minutes)** as directed by the company
3.   Travel time to and from schools
4.   Travel time between schools
5.   Travel time from the last school or drop off back to the terminal
6.   Time ends when bus has been parked and secured, including a **(15 minute)** post trip inspection and the key is returned to dispatch
7.   Securing of the yard, if necessary
8.   Fueling
9.   Performing Dry Runs
10. Writing and updating Left / Rights

No driver/driver assistant shall be docked pay after he/she has started his/her AM/PM report, including if injured while at work, and medically unfit to continue work to complete the report as a result of that injury, and providing that said injury has not arisen from the employees negligence or his/her non-compliance with safety and operating procedures.

**ARTICLE 22 - CHARTER WORK**

~~22.1.   The Company shall provide the Charter list to the Union three (3) days in advance of the Charters, provided the Company has received the Charter list at least four (4) days ahead. A~~

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

day Charter list shall be posted. Day trips will be offered to employees on the Charter list in rotating, seniority order. Any Charter work not posted within forty-eight (48) hours advanced notice and offered to a Driver in seniority order will not result in a refusal charged to the Driver.

22.2    Employees may do "Charter work" provided it does not interfere with the regularly scheduled run.

22.3    A meal allowance of ten ($10.00) dollars is to be paid when an employee drives an eight (8) hour, continuous charter. Advances to cover authorized tolls or other authorized expenses shall be paid by the Company.

22.4    In order to be eligible for day Charter work, the work must not conflict with the employee's AM/PM run. In the event there are not employees eligible for a particular day trip or in the event no eligible employee accepts the offer of a trip, then the Employer has the right to assign that trip to the employee on the availability list in inverse order of seniority or as it deems necessary to cover the trip.

22.5    Charter Cancellations: The Company shall pay one (1) hour show up pay to any employee, including utility drivers, who reports to a school for a weekday Charter that is cancelled. The Company will provide the employee with thirty (30) minutes notification before the scheduled start time.  In the event of a weekend Charter or non-school day Charter, an employee, including a casual, who shows up a maximum of one-half (½) hour prior to sign on time at the yard shall receive two (2) hours show up pay in the event of a charter cancellation. Any employee whose Charter is cancelled will receive the two (2) hour show up pay and be put back on the list for the next available Charter. This provision shall apply to Drivers and Driver's Assistants, including utility drivers.

22.6    The following rules shall apply to Trip and Charter Lists:

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

a)      The trip and charter list for field trips, athletic events, school trips, weekend charters shall be posted weekly until 2:00 PM on Thursday. After 2:00 PM on Thursday, the dispatcher shall assign extra work in accordance with seniority and availability.

b)      The trip and charter list shall rotate in seniority order, starting with the senior driver and rotating down to the least senior driver. As newly hired drivers reach their thirtieth (30th) day of service and wish to be added to the trip and charter list, they shall be added to the bottom of the trip and charter list prior to any rotations in that week.

c)      Employees who choose not to pick a trip or charter in their rotating order shall be passed over until all other employees on the list shall have an opportunity to choose a trip or charter.

d)      If a trip or charter is cancelled the driver will be placed at the top of the list for the next week; provided that the cancelled trip or charter is the driver's only extra trip or charter during the week it was cancelled. If multiple trips or charters are cancelled, the drivers will be placed at the top of the next week's list in order of their previously cancelled trips or charters.

e)      If a trip or charter is cancelled at the school, the driver will be placed at the top of the list and will be paid for two (2) hours. The Company retains the sole discretion to have the driver perform other bargaining unit work in the event that the trip or charter is cancelled.

f)      If a trip or charter is cancelled on a given day and on the following day the school adds the same cancelled trip or charter for the following week; the driver who previously picked that trip or charter will be offered the trip or charter. If that driver is unavailable to work the rescheduled trip or charter, then that driver will be placed at the top of the next week's list and the trip or charter will be posted on the trip or charter list.

g)      If a new trip, charter or cancelled trip or cancelled charter comes in before

noon on Wednesday it will be added to the bottom of the current list.

h) If there is no school, for example, during Christmas vacation, winter break, spring break, etc. the trip or charter list for the week following the vacation or break shall be posted the week prior to the vacation or the break. In the event the Company does not have sufficient notice of what trips or charters will be placed on the trip or charter list to comply with this provision, then the Company will post the trip or charter list immediately after it received such notice.

i) Advances to cover authorized tolls or other authorized expenses shall be paid by the Company. The Company shall pay for tolls and parking in approved parking areas designated by the Company on Charters.

j) A driver needs to sign the trip and charter list every week. If they do not sign they will be placed at the bottom of the list with a number "1" for the first week. If they sign the following week the number is removed, and they follow the rotation. If they do not sign the following week, they are placed at the bottom and marked with a number "2" for the second week. If they sign in the third week the numbers are removed and they follow the rotation. If they do not sign in the third week, they will be removed from the list for thirty (30) working days. They will be returned to the list after thirty (30) days.

k) Employees are required to provide the Company with twenty-four (24) hours' notice in the event they are unable to fulfill their trip or charter obligations on any given day. Failure to provide notice will result in removal from the trip or charter list for thirty (30) days.

l) Dispatch must make availability lists for drivers and drivers assistants for extra work by school time slots in seniority order by the fourth week of the new school year. All drivers and driver's assistants waiting to be added to the extra work lists at a later date will be

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

placed on the bottom of each time slot list.

22.7    All In and Out of District pick-ups and drop-offs shall have a combined minimum of a one (1) hour guarantee or actual time worked, whichever is greater, for day time trips performed in between a Driver's and DA's report.



### ARTICLE 23 OVERNIGHT TRIPS

Drivers who are required to work because of a special assignment or Charter which is twenty-four (24) hours or more, shall be paid a meal allowance not exceeding ten dollars ($10.00) for breakfast, ten dollars ($10.00) for lunch and twenty dollars ($20.00) for dinner, providing the employee submits a valid receipt to the Employer.

On the first day of a multiple trip. Breakfast is allowed if departure time is before 6:00 AM; lunch is allowed if departure time is before 11:00 AM; and dinner is allowed if departure time is before 4:00 PM.

On the last day of a multiple day trip. Breakfast is allowed if arrival time is after 8:00 AM; lunch is allowed if arrival time is after 1:00 PM; dinner is allowed if arrival time is after 9:00 PM. No allowance will be given if meals are provided.

Drivers will be provided at no cost, the same lodging at the same hotel or motel as is provided to the students being transported. Each Driver shall be afforded a separate room.

### ARTICLE 24 - BEREAVEMENT ALLOWANCE

All non-probationary AM & PM drivers (excluding utility drivers) and monitors with two (2) reports per day shall be entitled to three (3) days of paid leave (at regular rate of pay) to attend the funeral/service of a member of their immediate family. Immediate family shall be defined as

All references to East End Bus Lines shall be replaced by First Student, Inc.

~~spouse, father, mother, brother, sister, son, daughter, father-in-law, mother-in-law, brother-in-law, sister-in-law, grandparent, grandchild. Payment will be made for up to three (3) working days lost during the seven (7) calendar days immediately following the death. The seven days may be extended for extenuating circumstances and a request for such an extension will not be unreasonably denied and the Employer may require that the employee furnish proof of death.~~

Company accepts Union proposal, Article 43

# ARTICLE 43 - BEREAVEMENT ALLOWANCE

All post probationary employees (who successfully complete **60 days** of service) are entitled to three (3) days of paid leave to attend the funeral of a member of their immediate family.

Immediate family shall be defined as father, mother, brother, sister, son, daughter, husband, wife, life partner, father-in-law, mother-in-law, brother-in-law, sister-in-law, grandparent and grandchild. Payment will be made for up to three (3) working days lost during the seven (7) calendar days .immediately following the death. The seven days may be extended for extenuating circumstances and a request for such an extension will not be unreasonably denied and the Employer may require that the employee furnish proof of death. Employees will be reimbursed for one (1) working day for the death of an aunt or uncle.

## ARTICLE 25 - ON THE JOB INJURIES

Any employee who is involved in or who observes any accident, injury or incident, involving the employee's vehicle or property (for example, a confrontation involving students, school personnel, parents and/or others) shall immediately report such accident, injury or incident and any physical injury sustained. Before coming off duty the employee shall prepare an accident/incident report in writing on forms furnished by the Employer and shall report all available names and addresses of witnesses to the accident. Such report shall be prepared while on Company time. An employee who is involved in or who observes any accident, injury or incident,

All references to East End Bus Lines shall be replaced by First Student, Inc.

involving the employee's vehicle or property shall, upon request, have the right to receive his own statement given on the accident, injury, or incident as well as any public records pertaining to the accident, injury, or incident.

The Company will pay a full day's pay at regular guaranteed hours for an employee receiving a Worker's Compensation injury during his or her work day, and the Company will pay for actual time worked on non-Workers Compensation injuries or sicknesses incurred during the course of the employee's work day.

## ARTICLE 26 - DRUG AND ALCOHOL TESTING

This Agreement incorporates the Company's Substance Abuse Policy by reference herein and copies of the Substance Abuse Policy will be provided to employees at the time of hiring.

## ARTICLE 27 - WAGES AND COMPENSATION

27.1    Employees covered by this Agreement shall be subject to the following minimum wage rates:

WAGES – Van Drivers

|          | Current | 3%      | 2%      | 2%      | 2%      |
|----------|---------|---------|---------|---------|---------|
| Starting | $21.75  | $22.40  | $22.85  | $23.31  | $23.77  |
| 1-2      |         | $22.85  | $23.31  | $23.77  | $24.25  |
| 2-3      |         | $23.31  | $23.77  | $24.25  | $24.73  |
| 3-4      |         | $23.77  | $24.25  | $24.73  | $25.23  |
| 4-5      |         | $24.25  | $24.73  | $25.23  | $25.73  |
| 5+       |         | $24.73  | $25.23  | $25.73  | $26.25  |

Driver's Assistants

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

|  | Current | 3% | 2% | 2% | 2% |
|---|---|---|---|---|---|
| Starting | $17.00 | $17.51 | $17.86 | $18.22 | $18.58 |
| 1-2 |  | $17.86 | $18.22 | $18.58 | $18.95 |
| 2-3 |  | $18.22 | $18.58 | $18.95 | $19.33 |
| 3-4 |  | $18.58 | $18.95 | $19.33 | $19.72 |
| 4-5 |  | $18.95 | $19.33 | $19.72 | $20.11 |
| 5+ |  | $19.33 | $19.72 | $20.11 | $20.52 |

| UNION COUNTER: |  |  | 6% |  | 6% |
|---|---|---|---|---|---|
| Van Driver: |  | 7/1/23 | 7/1/24 |  | 7/1/25 |
| Start-12 months = |  | $23.50 | $24.91 |  | $26.40 |
| After 1 year = |  | $24.00 | $25.44 |  | $26.97 |
| After 2 years = |  | $24.50 | $25.97 |  | $27.53 |
| After 3 years = |  | $25.00 | $26.50 |  | $28.09 |
| Driver's Assistant: |  |  |  |  |  |
| Start-12 months = |  | $18.75 | $19.88 |  | $21.07 |
| After 1 year = |  | $19.25 | $20.41 |  | $21.63 |
| After 2 years = |  | $19.75 | $20.94 |  | $22.20 |
| After 3 years = |  | $20.25 | $21.47 |  | $22.76 |

Company accepts the Union proposal concerning the trainer differential of $1.00, however, to be qualified to be a Driver Trainer, the Driver must hold a CDL "B" with proper endorsements.

UNION COUNTER: Why require a "B" endorsement when all vehicles are vans?

All references to East End Bus Lines shall be replaced by First Student, Inc.

Company accepts the Union proposal with the following modification: Any employee enjoying wages more favorable than required by this agreement shall continue to receive the same, it being understood that this agreement shall not be construed to permit diminution of existing benefit.  All employees receiving a rate different than the above shall receive annual increases of 2% per year.

## UNION COUNTER:

*A worker who is receiving in excess of the applicable wage rate shall have his/her wage increased by the cents per hour increase he/she would have received had he/she been receiving the applicable wage rate at the time of the increase.

| Job Classification | Minimum Wage Rate |
|---|---|
| Big Bus | $20.00 per hour |
| Van Driver | $ 18.10 per hour |
| Bus Monitor | $ 13.15 per hour    DA's that get a driving permit shall receive an increase to $14.00 per hour.  In order to maintain that $14.00 hourly rate, the DA must pass a road test (within two attempts) within ninety (90) days of receiving a permit. |
| Utility Driver | $23.75 per hour    6-hour guarantee. Any hours worked after 6 is paid at rate for classification worked, start time is subject to change. |
| Clerical | $16.00 per hour |
| Mechanics | $18.00 per hour minimum starting rate.  Two (2) week performance review for wage increase, retro to date of hire. |
| Maintenance  (Includes Helper, Yardmen, Parts and Fueler) | $16.00 per hour |

*No cost training for upgrades.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

*CDL Requirements:* All employees hired into all Mechanic and Yardmen job classifications after ratification of this Agreement, must maintain an A, B or C level CDL. If hired without their CDL, such new hires shall have ninety (90) days within which to acquire their CDL with endorsements, training and road test provided by the Employer. After ninety (90) days, those new hires with CDLs (and endorsements) will receive the additional $1.00 in pay. In the event the Employer determines that it desires additional CDL mechanics from existing personnel that do not have CDLs, those mechanics will receive an additional $1.00 per hour for obtaining a CDL on a voluntary basis.

In order to attract and retain qualified drivers, mechanics, maintenance and clerical employees the Employer shall have the sole discretion to hire new employees at rates of pay in excess of those minimum rates listed above.

27.2    Effective September 1, 2018, Employees covered by this Agreement shall receive a 2% wage increase or the relevant minimum wage rate listed above in Section 27.1, whichever is greater.

27.3    Employees covered by this Agreement shall receive a general wage increase of 2% effective September 1, 2019, 2% effective September 1, 2020, 2% effective September 1, 2021, and 2% effective September 1, 2022.

27.4    The Company retains the sole discretion to award merit based increases aside from, and/or in addition to, the above referenced general wage increases, which increases shall not be subject to the grievance and/or arbitration procedure.

27.5    The Company retains the sole discretion to implement, modify or otherwise change a bonus plan and to provide bonuses (including quarterly bonuses) to any employees covered by

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

~~this Agreement. Sign-on bonuses and referral bonuses will be offered or discontinued at Employer's discretion.~~

27.6    <u>Attendance Bonus</u>:  AM/PM Drivers and Monitors covered by this Agreement (excluding utility drivers) shall be eligible for the Employer's perfect attendance bonus.  Drivers and/or Monitors who receive perfect attendance on a monthly basis shall be eligible for a $25.00 per month bonus. If a Driver or Monitor achieves perfect attendance for a straight ten (10) month period, the Driver or Monitor shall receive an additional $250.00 attendance bonus. It is agreed that each month in which one attendance violation occurs shall result in the forfeiture of the $25.00 per month attendance bonus for drivers and monitors.

~~27.7    Quarterly Cash Bonus:  AM/PM Drivers and Monitors covered by this Agreement (excluding utility drivers) shall be eligible for the Employer's quarterly cash bonus. $450 per quarter, 3 per school year (see below); $575 per quarter (5+ year employees).  The quarterly performance bonus will be based on an employee's ability to meet the minimum requirements of their job.  If requirements are not met, the employee will be notified by an Absence Acknowledgement form or Warning Notice, or some form of write-up to inform the employee of any deductions being made to an employees' quarterly bonus. If you have any violations or "strikes," the following amounts will be deducted from the quarterly bonus:~~

* ~~$75 per unexcused absence (any absence after the (1) allowed per quarter)~~
* ~~$100 per policy violation write up (i.e., inappropriately dressed, red light ticket, etc.)~~
* ~~$75 for missing a designated safety meeting and or missing any NYS refresher course~~
* ~~$50 for trip sheet violation (5 missing or incomplete trip sheets = 1 violation/strike)~~

~~To be eligible, regular employees must have AM/PM reports (excluding utility drivers) and be off probation at the START of the bonus period. In addition, the company has adopted a "3~~

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

strikes and you're out" policy. Employees will be put back on probation for a minimum of 60 days once they reach 3 violations or "strikes" (as outlined above) within a given school year. During this time all incentives will be suspended until probation is lifted. The company reserves the right to either put employee on probation after one violation, or terminate the employee on the spot, depending on the severity of the violation, subject to Article 10 of this agreement. As a one-time granting of amnesty, all discipline in employees' files upon ratification shall be forgiven and all employees will have a clean slate as of that date.

27.8    Charter Wait Time:   The Charter Wait Time rate for drivers shall be $ 15.50 per hour and $12.00 for monitors.

27.9    Educational Rate:   $16.50 per hour for drivers and $14.00 for driver's assistants.

27.10   Work Time:  "Work time" for Drivers and Driver Assistants (each of whom report to the terminal) shall begin at her report time and end when her vehicle is secured in its place in the yard, including post-trip, at the completion of her route (and, if required by the Company, the yard is secured).  "Work time" includes: (i) travel time from the terminal to the first pick-up; (ii) travel time between pick-ups; (iii) travel time to and from schools; (iv) travel time between schools; (v) travel time from the last school or drop-off back to the terminal; (vi) required pre- and post-trip inspection; and (vii) fueling time.  It is not required that DA's and the drivers on their routes have the same bid or working time.  It is further not required that each of the seven listed items above be incorporated into each bid, rather if the items are performed and worked they are to be paid.  Work time also includes dry runs. Dry runs are equal to package guarantee each time performed as required by the Company.

## ARTICLE 28 - GENERAL PROVISIONS

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

28.1    Union Bulletin Board:  The Employer will supply a bulletin board (no smaller than 2' x 3') to be hung in the Driver's room. No notices of a controversial, political, religious or electoral nature, other than Union business.

28.2    Employee Handbook:  The Employer will publish and furnish to each employee a handbook that outlines the work rules with respect to disciplinary action and terminal procedures. Such rules and regulations shall be binding upon the Employer and employees as long as such rules and regulations do not conflict with the terms of this Agreement. The union shall be provided with a copy.

28.3.    Payday shall be on Friday's.  Paychecks and paystubs shall be ready for distribution by noon on Friday. In the event paychecks and paystubs are not ready for distribution by noon, the Company shall notify employees as soon as practicably possible.

28.4    If a payday falls on a contractual holiday, the Company shall notify employees one week in advance of the payday to notify employees of the date and time paychecks will be ready for distribution.

28.5    The Company agrees to use its reasonable best efforts to maintain a direct deposit system for bargaining unit members.

28.6.    The Company agrees to correct shortfalls to employee paychecks due to Company error as soon as possible, but no later than the week following the shortage.  The Employer will make every effort to have the new check by the following week but cannot guarantee it will occur within the next week period.  Errors in excess of $50.00 shall be paid the following workday.  Any adjustment in pay will be paid on a separate check.

28.7    Montauk Bus Employees:  For those drivers who were previously employed at Montauk Bus, the Employer shall have the right to honor their prior hourly rate of pay with

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

~~Montauk Bus in order to attract their employment but shall be treated as new hires for all other purposes including pick priority.~~

~~28.8     Former East End Employees:  For those drivers who were previously employed by East End Bus and return for the 2018-2019 school year, the Employer shall have the right to honor their prior rate of pay and seniority (as per NLRB agreement).~~

## ARTICLE 29 - LIFE INSURANCE

Non-probationary employees (excluding utility drivers) who regularly work twenty (20) hours or more per week shall be eligible to participate in the Employer's Life Insurance Plan in accordance with the terms and conditions of such plan either as now in existence or changed or substituted in the future by the Employer.  The Employer shall be obligated to bargain with the Union during the term of this Agreement regarding any changes related to its Life Insurance plans including, but not limited to, the policy provider or levels of benefits.

Company accepts the Union's life insurance proposal, however, needs a 90 day implementation period post ratification and the following added: "subject to the terms and conditions of the plan." The Employer shall provide to each Driver and Driver's Assistant a fully paid term life insurance policy in the amount of $25,000.00.

## ARTICLE 30 - UNION RELEASE TIME

The Union shall have the right to request that members be released to perform Union related activities, subject to the requirements of the Company's operations and in consideration of

the number of employees affected so to minimize disruption as to lack of available employees. The Union will give the Company one (1) week notice. All such requests will be responded to as soon as practicable. No request will be unreasonably denied.

### ~~ARTICLE 31 — MECHANIC AND MAINTENANCE EMPLOYEES~~

~~31.1    Job Classifications~~

~~The Parties agree that the Company shall have the right under this CBA to determine which employees shall be promoted, from time to time thereunder, and how they shall be classified.~~

~~31.2    Uniforms and Gear~~

~~a)      All Mechanics and Maintenance Employees must sign for receipt of and wear a Company uniform (shirt, pants, and jacket).~~

~~b)      The Company will bear the costs of providing and cleaning 10 shirts, 10 pants, and 2 jackets to each such employee.~~

~~c)      Mechanics and Maintenance Employees are responsible for any loss or damage (not due to normal wear and tear) to the uniforms.~~

~~d)      Mechanics and Maintenance Employees must return any uniform shirts, pants, and jackets issued to them by the Company upon separation from employment.~~

~~e)      The Company agrees to provide one (1) set of rain gear (jackets and pants) to each Mechanic and maintenance employee.~~

~~f)      The Employer shall provide an adequate supply of safety glasses and nitrile gloves to each terminal.~~

~~g)      The Company shall reimburse mechanics and maintenance employees up to one hundred dollars ($100) for a shoe allowance upon their anniversary date each year.~~

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

31.3    Hours of Work

a)      Hours Guarantees:  All full-time Mechanics/Maintenance/Clerical Employees will be guaranteed work for eight hours a day for five (5) out of seven (7) calendar days in a week. Employees who work more than forty (40) hours in a week shall be paid time and one-half (1½) of their regular rate of pay.  Any Mechanic/Maintenance Employee called in to work after a scheduled workday shall be guaranteed a minimum of one (1) hour.  An employee who is called in prior to the start of his shift shall be allowed the work until finish time of his then applicable regular shift.  Employees shall be expected to work a reasonable amount of overtime if necessary, subject to Management approval.

b)      Part-Timers:  The Employer may hire part-time Mechanic/Maintenance/Clerical Employees as it deems necessary but must designate employees as part-time and may not work them more than an average of 24 hours per week.    When seeking to hire Mechanics/Maintenance/Clerical Employees, the Company shall use reasonable, good faith efforts to hire full-time employees, but shall be permitted to hire employees on a part-time basis if it is reasonably unable to identify full-time new hires.

c)      Training Time:  Any time the Company asks Mechanics to receive additional training, the Company shall cover all expenses (i.e., room and board, traveling, books, etc.) associated with such training.  In addition, the Mechanics shall be paid at their regular rate of pay for all hours spent at such training.

d)      Overtime:  Mechanics and Maintenance Employees will be paid at time and one-half (1½) of their regular rate for all hours worked in excess of 40 in a week.

e)      While the Company has the ability to change starting times and days of work for its Mechanics, in the event that such a change is enacted, the Mechanics may bid into other

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

Mechanic positions/schedules for which they are qualified based upon their seniority. If none accept it, the Company shall then have the ability to assign the changed position to the most junior Mechanic.

f) Any shift change.

g) All new jobs shall be posted for bid (including their classification and start/end times) and the most senior qualified employee shall be awarded the position. All job postings shall remain posted for at least 48 hours.

31.4 Meal Break

All mechanics, maintenance and clerical employees who work at least six (6) continuous hours in a day shall be entitles to a thirty (30) minute unpaid meal period between 11:00 am and 2:00 pm and one (1) unpaid fifteen-minute break.

31.5 Paid Time Off

a) All non-probationary regular full-time and regular part-time mechanics, maintenance, and clerical employees covered by this Agreement shall be granted paid time off, paid at the regular rate of pay, in accordance with the following schedule:

After 90 days of service — 3 days (in accordance with Company's accrual policy)
After 1 year of service — 8 days
After 2 years of service — 13 days*
After 5 years of service — 18 days*

*All full-time mechanics, maintenance, and clerical employees hired prior to 2015 shall receive an additional two (2) days per year.

b) At least two (2) weeks advance written notice must be received and approved by the Employer prior to any requested paid time off.

c) The use of paid time is not permitted during the months of August and September for mechanics and maintenance employees only.

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

d)       All paid time must be used within the anniversary date of hire in which it was accrued, unless otherwise required by state or local law. There is no carry-over provision and all accrued time will be forfeited on anniversary date of hire of the calendar in which it was accrued, unless otherwise required by applicable law.

e)       If a mechanic or maintenance employee is out of work for three (3) consecutive days due to an illness, the Employer may request documentation to support the absence.

31.6    Holidays

a)       All non-probationary regular full-time and regular part-time five (5) day a week mechanics, maintenance and clerical employees covered by this Agreement shall be entitled to receive the following paid holidays, to be paid based on the same number of hours as their regular work day:

| | |
|---|---|
| Labor Day | Christmas Eve (1/2 day) |
| Columbus Day | Christmas Day |
| Veteran Day | New Year Eve (1/2 day) |
| Thanksgiving Day | New Year's Day |
| Day after Thanksgiving | President Day |
| Good Friday (1/2 day) | Memorial Day |
| Independence Day | |

*If a Holiday is banked – it's paid out on anniversary date.

b)       In order to be eligible for holiday pay, an employee must work the day before and the day after the holiday unless the employee has received express permission from the Employer to not work the day before and the day after a holiday.

c)       Only hours worked on an observed holiday will count toward hours worked and/or overtime hours.

d)       Due to the varying demands of the business, some employees may be required to work on an observed holiday. If an employee works on any of the observed holidays, they shall

*All references to East End Bus Lines shall be replaced by First Student, Inc.*

receive pay at time and a half for any hours worked in addition to holiday pay provided that the employee has reached forty (40) work hours in the applicable week.

### ARTICLE 32 - DURATION OF AGREEMENT

The provisions of this Agreement shall be effective as of July 12, 2018 (subject to Union ratification), and shall continue in effect until midnight, July 11, 2023, during which time there shall be no reopening to consider wages, working conditions or other terms of employment other than as set forth above and shall continue in effect thereafter form year to year unless terminated by lawful notice on May 12, 2023, or at the expiration of any subsequent lawful period by either party giving to the other party not less than 60 days prior written notice of its desire to so terminate the agreement on July 11, 2023, or any subsequent year.

**UNION COUNTER:** 3 YEAR AGREEMENT.

**AGREED TO:**

EAST END BUS LINES            INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 1205

BY: JOHN MENSCH*   PRESIDENT     BY: DANIEL DECROTIE*   PRESIDENT

Union Negotiating Committee:
Lori Rizzitano
Donna Marie Brugger
Karen Guedes
Patricia Orlandi
Norman Weitz

*Signatures on File